

RECEIVED
IN MONROE, LA
JUN 1 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| GLENN ROGERS | CIVIL ACTION NO. 06-0363 |
| VS. | SECTION P |
| MADISON PARISH DETENTION CENTER, ET AL. | JUDGE JAMES<br>MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this complaint be construed as a petition for *habeas corpus* and, that it be **DENIED AND DISMISSED WITH PREJUDICE** on the merits since it plainly appears from the face of the pleadings that the petitioner is not entitled to relief.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 15 day of June, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE